**UTAH HOTEL COMPANY, a Corporation, Appellant, v. Ira N. HINCKLEY, Collector of Internal Revenue, District of Utah, Appellee.**

No. 2151.

Circuit Court of Appeals, Tenth Circuit.

Dec. 3, 1940.

Robert L. Judd, Paul H. Ray, S. J. Quinney, and A. H. Nebeker, all of Salt Lake City, Utah, for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key and Warren F. Wattles, Sp. Assts. to the Atty. Gen., and Dan B. Shields, U. S. Atty., and Scott M. Matheson, Asst. U. S. Atty., both of Salt Lake City, Utah, for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

The questions presented on this appeal were considered by the Supreme Court of the United States and decided adversely to the contentions of the appellant here, in Helvering v. Northwest Steel Rolling Mills, Inc., 61 S.Ct. 109, 85 L.Ed. ——, decided November 12, 1940, and Crane-Johnson Company v. Helvering, 61 S.Ct. 114, 85 L. Ed. ——, decided November 12, 1940.

The judgment is, therefore, affirmed.

---

**William M. WELCH, Former Collector, v. NASHUA & LOWELL RAILROAD CORPORATION.**

No. 3616.

Circuit Court of Appeals, First Circuit.

Dec. 6, 1940.

Joseph N. Jones, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., J. Louis Monarch and Edward First, Sp. Assts. to Atty. Gen., and Edmund J. Brandon and C. Keefe Hurley, both of Boston, Mass., on the brief), for appellant.

Jay B. Angevine, of Boston, Mass. (Hutchins & Wheeler, of Boston, Mass., on the brief), for appellee.

Argued before MAGRUDER and MAHONEY, Circuit Judges, and PETERS, District Judge.

PER CURIAM.

The judgments of the District Court, 33 F.Supp. 684, are affirmed on the authority of McCoach v. Minehill & S. H. Railway Co., 228 U.S. 295, 33 S.Ct. 419, 57 L.Ed. 842; Sears v. Hassett, 1 Cir., 111 F.2d 961.